## Intended Notice Recipients – Method of Notice

District/Off: 0861−4  User: lori  Date Created: 5/8/2008
Case: 4:07−ap−07060  Form ID: pdfwotrm  Total: 8

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*
| | | |
|---|---|---|
| pla | Richard L. Cox | rlcpa@hsnp.com |
| ust | U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov, Shari.Sherman@usdoj.gov |
| aty | Charles T. Coleman | ccoleman@wlj.com, jcrouch@wlj.com |
| aty | Richard L. Cox | rlcpa@hsnp.com |
| aty | Stan D. Smith | ssmith@mwsgw.com, dwisdom@mwsgw.com |
| aty | Thomas S. Streetman | tstreetman@smmattorneys.com |

TOTAL: 6

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*
| | | | | |
|---|---|---|---|---|
| dft | American Pan Company | c/o RC Gibbs | 10 W Broad Street | Columbus, OH 43215 |
| intp | Meyer's Bakeries, Inc. | P.O. Box 687 | Hope, AR 71802−0687 | |

TOTAL: 2